UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00125

**Alexandro Camacho,**
*Plaintiff,*

v.

**Tyler Police Department Unknown Employees and Robert Main,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

Plaintiff Alexandro Camacho filed this action under 42 U.S.C. § 1983 on April 4, 2019. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On October 16, 2019, Judge Mitchell entered a report and recommendation, which recommended that the case be dismissed without prejudice for failure to prosecute. Doc. 11. A copy of this report was mailed to plaintiff at the Smith County jail but was returned as undeliverable. Doc. 12.

The court, having reviewed Judge Mitchell's recommendation, finds no "clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)). Accordingly, the report and recommendation (Doc. 11) is **adopted**. Fed. R. Civ. P. 72(b)(3). All claims in this matter are **dismissed without prejudice** and the statute of limitations for plaintiff's claims are **suspended** for 60 days from the date this order is entered. *See Mills v. Criminal District Court No. 3*, 837 F.2d 677, 680 (5th Cir. 1988). The clerk of court is **directed** to close this case.

*So ordered by the court on December 13, 2019.*

_____
J. CAMPBELL BARKER
United States District Judge